1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10  T.H. by and through his guardian ad    ) Case No.: CV10-5479 CAS (SH)
    litem ELIZABETH STOVALL              )
11                                        ) {PROPOSED} ORDER AWARDING
                  Plaintiff,              ) EQUAL ACCESS TO JUSTICE ACT
12                                        ) ATTORNEY FEES AND EXPENSES
          vs.                             ) PURSUANT TO 28 U.S.C. § 2412(d)
13                                        ) AND COSTS PURSUANT TO 28
    MICHAEL J. ASTRUE,                    ) U.S.C. § 1920
14  Commissioner of Social Security,      )
                                          )
15                Defendant               )
                                          )
16

17       Based upon the parties' Stipulation for the Award and Payment of Equal

18  Access to Justice Act Fees, Costs, and Expenses:

19       IT IS ORDERED that fees and expenses in the amount of $1,726.00 as

20  authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by

21  28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

22  DATE: 4/4/11

23

24       THE HONORABLE STEPHEN J. HILLMAN
         UNITED STATES MAGISTRATE JUDGE

25

26

                                    -1-